David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269



## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br>TIMOTHY SCOTT CONWELL and<br>MERRY CATHERINE CONWELL,<br><br>Debtors. | Bankruptcy Case No. 07-25269 WTT<br><br>Chapter 7  |
|---|---|

### DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The funds are on deposit in Bank of New York Mellon, Account # 9200-02447484-66.

3. The claimants and amounts are as follows:

Questar Gas                           $ 3.11
Bankruptcy DNR 244
1140 West 200 South
P.O. Box 3194
Salt Lake City, UT 84110-3194

Rocky Mountain Power          $ 1.79
Attn: Bankruptcy
P.O. Box 25308
Salt Lake City, UT 84125

2

4. A check in the amount of $4.90, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 29th day of June, 2010.

*[signature]*
David C. West, Trustee

### CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 29th day of June, 2010.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

*[signature]*
David C. West